Form NTCFTFC7

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:
Kurt W Bentel
407 Parkside Drive
Elburn, IL 60119
SSN: xxx−xx−5836 EIN: N.A.

Case No. :   12−14191
Chapter :   7
Judge :   Manuel Barbosa

Diane C Bentel
407 Parkside Drive
Elburn, IL 60119
SSN: xxx−xx−1034 EIN: N.A.

---

Debtor's Attorney:
James A Young
James A Young & Associates, Ltd.
47 DuPage Court
Elgin, IL 60120

(847)− 608−9526

Trustee:
Joseph Voiland
Joseph R. Voiland
1625 Wing Road
Yorkville, IL 60560

630−553−1951

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on *April 7, 2012* .

1. *March 29, 2013* is fixed as the last day for the filing of claims by creditors other than governmental units.

2. *March 29, 2013* is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: December 27, 2012

Kenneth S. Gardner , Clerk
United States Bankruptcy Court