UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BENTEL, KURT W § Case No. 12-14191
BENTEL, DIANE C §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 12/19/2013 in Courtroom 240,
                  United States Courthouse
                  c/o Kane county Courthouse
                  100 S. 3rd St., Geneva, IL 60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/09/2013                By: Kenneth S. Gardner
                                                                   Clerk of the Bankruptcy Court

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
                                    §
BENTEL, KURT W                      §    Case No. 12-14191
BENTEL, DIANE C                     §
                                    §
       Debtor(s)                    §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 25,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 25,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH R. VOILAND | $ 3,250.00 | $ 0.00 | $ 3,250.00 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 241.38 | $ 0.00 | $ 241.38 |
| Attorney for Trustee Fees: JOSEPH R. VOILAND | $ 1,357.00 | $ 0.00 | $ 1,357.00 |
| Attorney for Trustee Expenses: JOSEPH R. VOILAND | $ 46.00 | $ 0.00 | $ 46.00 |
| Charges: Clerk of the U.S. Bankruptcy Court | $ 293.00 | $ 0.00 | $ 293.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 5,187.38 |
| Remaining Balance | $ 19,812.62 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 335,710.26 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PYOD, LLC its successors and assigns as assignee | $ 16,663.64 | $ 0.00 | $ 983.44 |
| 000002 | Quantum3 Group LLC as agent for | $ 2,168.96 | $ 0.00 | $ 128.01 |
| 000003 | Quantum3 Group LLC as agent for | $ 1,091.79 | $ 0.00 | $ 64.43 |
| 000004 | Capital One, N.A. | $ 4,155.36 | $ 0.00 | $ 245.24 |
| 000005 | Capital Recovery V, LLC | $ 5,473.24 | $ 0.00 | $ 323.01 |
| 000006 | Capital Recovery V, LLC | $ 844.42 | $ 0.00 | $ 49.84 |
| 000007 | Capital Recovery V, LLC | $ 4,454.00 | $ 0.00 | $ 262.86 |
| 000008 | Capital Recovery V, LLC | $ 1,809.02 | $ 0.00 | $ 106.76 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Capital Recovery V, LLC | $ 9,787.47 | $ 0.00 | $ 577.63 |
| 000010 | American Express Centurion Bank | $ 9,450.67 | $ 0.00 | $ 557.75 |
| 000011 | American Express Centurion Bank | $ 14,396.26 | $ 0.00 | $ 849.62 |
| 000012 | Old Second National Bank | $ 256,922.29 | $ 0.00 | $ 15,162.79 |
| 000013 | American InfoSource LP as agent for | $ 311.08 | $ 0.00 | $ 18.36 |
| 000014 | American Express Bank, FSB | $ 2,720.63 | $ 0.00 | $ 160.56 |
| 000015 | Portfolio Recovery Associates, LLC | $ 5,461.43 | $ 0.00 | $ 322.32 |

Total to be paid to timely general unsecured creditors  $ 19,812.62

Remaining Balance  $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
Trustee

*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-14191-CAD
Kurt W Bentel                                                       Chapter 7
Diane C Bentel
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mflowers              Page 1 of 2          Date Rcvd: Nov 19, 2013
                              Form ID: pdf006             Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2013.
db/jdb         +Kurt W Bentel,    Diane C Bentel,    407 Parkside Drive,    Elburn, IL 60119-8324
18746334       +Advanced Call Center Technologies,    PO Box 960001,    Orlando, FL 32896-0001
18746335       +American Express,    American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
20202020        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20172621        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20196378       +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
18746338       +Bill Me Later,    PO Box 2394,    Omaha, NE 68103-2394
20016351        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18746340       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
18746339       +Chase,    9451 Corbin Avenue,    Northridge, CA 91324-1665
18746341       +Chase- Bp,    P.o. Box 15298,    Wilmington, DE 19850-5298
18746342       +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
18746343       +Codilis & Associates P.C,    15W030 N. Frontage Road,    Suite 100,    Burr Ridge, IL 60527-6921
18746344       +Delnor Community Hospital,    PO BOX 739,    Moline, IL 61266-0739
18746345       +Fifth Third Bank,    P.O Box 630170,    Cincinnati, OH 45263-0170
18746346       +Fox Valley Laboratory Physicians,    PO Box 5133,    Chicago, IL 60680-5133
18746347       +Gastrointestinal Health,    P.O. Box 3008,    Carol Stream, IL 60132-3008
18746348       +Gatestone & Co. International Inc.,    1000 N. West St.,    Suite 1200,    Wilmington, DE 19801-1058
18746354      ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
                (address filed with court: Hsbc/carsn,    Po Box 15524,    Wilmington, DE 19850)
18746353       +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
18746355       +Hsbc/eqlif,    Po Box 5253,    Carol Stream, IL 60197-5253
18746357       +JPMorgan Chase Bank,    PO BOX 29550 AZ1-1004,    Phoenix, AZ 85038-9550
18746359       +Laboratory Physicians,    P.O. Box 10200,    Peoria, IL 61612-0200
18746360       +Medical Recovery Specialists,    2350 E. Devon,    Suite 225,    Des Plaines, IL 60018-4602
18746361       +Merchants Cr,    223 W. Jackson Blvd.,    Suite 400,    Chicago, IL 60606-6974
18746362       +Midwestent Consultants,    351 Delnor Dr. #310,    Geneva, IL 60134-4237
18746364        NES of Ohio,    29125 Solon Road,    Solon, OH 44139-3442
18746365       +Old Second National Ba,    37 S River St,    Aurora, IL 60506-4172
20181637       +Old Second National Bank,    37 S River St,    Aurora IL 60506-4172
18746367      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates LLC,    PO BOX 12903,
                 Norfolk, VA 23541)
18746366       +Paul L Greviskes,    109 East Wilson Street,    PO Box 393,    Batavia, IL 60510-0393
18746368        Quest Diagnostics,    PO BOX 809403,    Chicago, IL 60680-9403
18746370       +Scott A. Slininger,    28 N. Grove Avenue, Ste. 100,    Elgin, IL 60120-5508
18746371        Sherman Hospital,    35134 Eagle Way,    Chicago, IL 60678-1351
18746372       +Staniscontr,    914 14th St,    Modesto, CA 95354-1011
18746373       +Wfnnb/catherines,    4590 E Broad St,    Columbus, OH 43213-1301
18746375       +Zwicker & Associates, P.C&gt;,    80 Minuteman Road,    Andover, MA 01810-1008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20356770        E-mail/PDF: rmscedi@recoverycorp.com Nov 20 2013 00:33:40      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
20039094        E-mail/PDF: rmscedi@recoverycorp.com Nov 20 2013 00:35:01      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18746350       +E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2013 00:35:28      GEMB / HH Gregg,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
18746349       +E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2013 00:35:28      Gecrb/amazon,    Po Box 981400,
                 El Paso, TX 79998-1400
18746351       +E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2013 00:34:58      Gemb/care Credit,
                 Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
18746352       +E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2013 00:33:38      Gemb/gap,    Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
18746356       +E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2013 00:34:59      JCPenney,    PO Box 960090,
                 Orlando, FL 32896-0090
18746358       +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 20 2013 00:29:16      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
18746363       +E-mail/Text: bankruptcydepartment@ncogroup.com Nov 20 2013 00:29:50      NCO Financial Systems, Inc,    P.O. Box 15618 Dept 33,    Wilmington, DE 19850-5618
19894895       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 20 2013 00:32:46
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
19944022        E-mail/Text: bnc-quantum@quantum3group.com Nov 20 2013 00:29:29
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
20356771        E-mail/PDF: rmscedi@recoverycorp.com Nov 20 2013 00:35:01
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
18746369       +E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2013 00:35:28      Sams Club / GEMB,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 13

```
District/off: 0752-1           User: mflowers              Page 2 of 2                  Date Rcvd: Nov 19, 2013
                               Form ID: pdf006             Total Noticed: 50

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18746374         Wfnnb/fashion Bug
18746336*       +American Express,    American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
18746337*       +American Express,    American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
20172622*        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20233975*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates, LLC,
                  successor to GE CAPITAL RETAIL BANK,    JC Penney,    by PRA Receivables Management LLC,
                  POB 41067,   Norfolk, VA 23541)
                                                                                             TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2013 at the address(es) listed below:
              Gloria C  Tsotsos    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR
               WAMU MORTGAGE PASS THROUGH CERTIFICATES SERIES 2002-AR16 nd-two@il.cslegal.com
              James A Young    on behalf of Joint Debtor Diane C Bentel jyoung@youngbklaw.com,
               Sarai@youngbklaw.com;carol@youngbklaw.com
              James A Young    on behalf of Debtor Kurt W Bentel jyoung@youngbklaw.com,
               Sarai@youngbklaw.com;carol@youngbklaw.com
              Joseph  Voiland    jrvoiland@sbcglobal.net,    jvoiland@ecf.epiqsystems.com
              Joseph  Voiland    on behalf of Trustee Joseph  Voiland jrvoiland@sbcglobal.net,
               jvoiland@ecf.epiqsystems.com
              Joseph R Voiland    on behalf of Plaintiff Joseph R. Voiland jrvoiland@sbcglobal.net
              Joseph R Voiland    on behalf of Trustee Joseph  Voiland jrvoiland@sbcglobal.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 8
```