UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
BENTEL, KURT W § Case No. 12-14191
BENTEL, DIANE C §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                  . The case was pending for      months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/JOSEPH R. VOILAND_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| CLERK OF THE U.S. BANKRUPTCY COURT | | | | | |
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 4)*

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000014 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000010 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000011 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000013 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000004 | CAPITAL ONE, N.A. | | | | | |
| 000005 | CAPITAL RECOVERY V, LLC | | | | | |
| 000006 | CAPITAL RECOVERY V, LLC | | | | | |
| 000007 | CAPITAL RECOVERY V, LLC | | | | | |
| 000008 | CAPITAL RECOVERY V, LLC | | | | | |
| 000009 | CAPITAL RECOVERY V, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | OLD SECOND NATIONAL BANK | | | | | |
| 000015 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000001 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000002 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000003 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

Case No:        12-14191    RG    Judge: MANUEL BARBOSA            Trustee Name:              JOSEPH R. VOILAND
Case Name:      BENTEL, KURT W                                      Date Filed (f) or Converted (c): 04/07/12 (f)
                BENTEL, DIANE C                                     341(a) Meeting Date:       06/04/12
For Period Ending: 11/09/13                                         Claims Bar Date:           03/29/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. real etate - 7N225 Windsor Drive, Saint Charles IL | 595,600.00 | 565,600.00 | DA | 0.00 | FA |
| 2. checking account - West Suburban Bank | 200.00 | 0.00 | DA | 0.00 | FA |
| 3. savings account - West Suburban Bank | 120.00 | 0.00 | DA | 0.00 | FA |
| 4. Household Goods | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5. Wearing Apparel | 100.00 | 0.00 | DA | 0.00 | FA |
| 6. camera, exercise equipment | 100.00 | 0.00 | DA | 0.00 | FA |
| 7. Stock - Leahcar LP | 0.00 | 0.00 | | 15,000.00 | FA |
| 8. Stock - Leahcar, Inc | 100.00 | 0.00 | | 10,000.00 | FA |
| 9. 2003 Ford Expedition | 3,377.00 | 0.00 | DA | 0.00 | FA |
| 10. 2007 Chrysler Minivan | 5,019.00 | 0.00 | DA | 0.00 | FA |
| 11. tools, computer, printer, fax | 200.00 | 0.00 | DA | 0.00 | FA |

                                                                                           Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)         $605,816.00      $565,600.00              $25,000.00              $0.00
                                                                                    (Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/15/13    Current Projected Date of Final Report (TFR): 09/15/13

LFORM1                                                                                                  Ver: 16.05c
**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-14191 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | BENTEL, KURT W | | Bank Name: | Congressional Bank |
| | BENTEL, DIANE C | | Account Number / CD #: | *******0176  Checking Account |
| Taxpayer ID No: | *******7351 | | | |
| For Period Ending: | 05/29/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/23/13 | 7, 8 | Donald A Harbecke | | 1129-000 | 25,000.00 | | 25,000.00 |
| * 12/01/13 | | cb | bank service fee | 2600-003 | | 10.00 | 24,990.00 |
| 12/19/13 | 001001 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL  60560 | | 2100-000 | | 3,250.00 | 21,740.00 |
| 12/19/13 | 001002 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL  60560 | | 2200-000 | | 241.38 | 21,498.62 |
| 12/19/13 | 001003 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL  60560 | | 3110-000 | | 1,357.00 | 20,141.62 |
| 12/19/13 | 001004 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL  60560 | | 3120-000 | | 46.00 | 20,095.62 |
| 12/19/13 | 001005 | Clerk of the U.S. Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL  60604 | | 2700-000 | | 293.00 | 19,802.62 |
| 12/19/13 | 001006 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | | 7100-000 | | 983.44 | 18,819.18 |
| 12/19/13 | 001007 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | | 7100-000 | | 128.01 | 18,691.17 |
| 12/19/13 | 001008 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788 | | 7100-000 | | 64.43 | 18,626.74 |

Page Subtotals   25,000.00   6,373.26

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 12-14191 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | BENTEL, KURT W | Bank Name: | Congressional Bank |
| | BENTEL, DIANE C | Account Number / CD #: | *******0176 Checking Account |
| Taxpayer ID No: | *******7351 | | |
| For Period Ending: | 05/29/14 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/19/13 | 001009 | Kirkland, WA 98083-0788<br>Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | | 7100-000 | | 245.24 | 18,381.50 |
| 12/19/13 | 001010 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | | 7100-000 | | 323.01 | 18,058.49 |
| 12/19/13 | 001011 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | | 7100-000 | | 49.84 | 18,008.65 |
| 12/19/13 | 001012 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | | 7100-000 | | 262.86 | 17,745.79 |
| 12/19/13 | 001013 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | | 7100-000 | | 106.76 | 17,639.03 |
| 12/19/13 | 001014 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | | 7100-000 | | 577.63 | 17,061.40 |
| 12/19/13 | 001015 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | | 7100-000 | | 557.75 | 16,503.65 |
| 12/19/13 | 001016 | American Express Centurion Bank | | 7100-000 | | 849.62 | 15,654.03 |

Page Subtotals    0.00    2,972.71

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-14191 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | BENTEL, KURT W | | Bank Name: | Congressional Bank |
| | BENTEL, DIANE C | | Account Number / CD #: | *******0176  Checking Account |
| Taxpayer ID No: | *******7351 | | | |
| For Period Ending: | 05/29/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | | | | | |
| 12/19/13 | 001017 | Old Second National Bank 37 S River St Aurora IL 60506 | | 7100-000 | | 15,162.79 | 491.24 |
| 12/19/13 | 001018 | American InfoSource LP as agent for DIRECTV, LLC Mail Station N387 2230 E Imperial Hwy El Segundo, CA 90245 | | 7100-000 | | 18.36 | 472.88 |
| 12/19/13 | 001019 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | | 7100-000 | | 160.56 | 312.32 |
| 12/19/13 | 001020 | Portfolio Recovery Associates, LLC successor to GE CAPITAL RETAIL BANK JC Penney by PRA Receivables Management LLC POB 41067 Norfolk, VA 23541 | | 7100-000 | | 322.32 | -10.00 |
| * 01/04/14 | | Reverses Adjustment OUT on 12/01/13 | bank service fee | 2600-003 | | -10.00 | 0.00 |

Page Subtotals      0.00      15,654.03

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-14191 -RG | |
| Case Name: | BENTEL, KURT W | |
| | BENTEL, DIANE C | |
| Taxpayer ID No: | *******7351 | |
| For Period Ending: | 05/29/14 | |

| | | |
|---|---|---|
| Trustee Name: | JOSEPH R. VOILAND | |
| Bank Name: | Congressional Bank | |
| Account Number / CD #: | *******0176 Checking Account | |
| Blanket Bond (per case limit): | $ 50,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 25,000.00 | 25,000.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 25,000.00 | 25,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 25,000.00 | 25,000.00 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | Checking Account - *******0176 | | 25,000.00 | 25,000.00 | 0.00 |
| | | | | | ----------------------- | ----------------------- | ----------------------- |
| | | | | | 25,000.00 | 25,000.00 | 0.00 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         0.00        0.00

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*